UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA     :    MISDEMEANOR
                          :    INFORMATION

       v.               :

MARIA RAMOS,            :    08 Cr.
   a/k/a "Yvette Ramos,"    :

         Defendant.      :

- - - - - - - - - - - - - - - x

**08 CRIM 255**

### COUNT ONE

The United States Attorney charges:

From in or about August 2004, through in or about December 2006, in the Southern District of New York and elsewhere, MARIA RAMOS, a/k/a "Yvette Ramos," the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use, money and things of value of the United States and a department and agency thereof, to wit, the United States Treasury Department, the value of which did not exceed $1,000, to wit, RAMOS stole five U.S. Treasury checks, deposited them into her bank account, and made withdrawals on those deposits.

(Title 18, United States Code, Section 641.)



_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney