# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/16/08

Leonard F. Joy
Executive Director

July 10, 2008

Southern District of New York
John J. Byrnes
Attorney-in-Charge

Via Facsimile
Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED JUL 11 2008 CHAMBERS OF ANDREW J. PECK

Re: **United States v. Maria Ramos**
    08 Cr. 255 (AJP)

Dear Judge Peck,

I write on behalf of my client, Maria Ramos, to request a two-month adjournment of her sentencing hearing, currently scheduled for July 24, 2008, at 9:30.

Ms. Ramos pled guilty before your Honor on March 26, 2008. At that time, she agreed to enter a residential drug treatment program. She completed her stay at the Riverside Support Center at the end of June. Upon her return to New York City, her presentence interview was scheduled for July 22.

In order to ensure the completion of the presentence investigation and provide the parties and the Court with the necessary time to review the resulting presentence report, I request that the Court adjourn her sentencing for approximately two months.

On behalf of the government, Assistant United States Attorney Christian Everdell consents to this request.

Thank you for your time and consideration of this matter.

**MEMO ENDORSED** 7/16/08
Sentencing adjourned to
9/25 at 9:30 am (+ parties)
[illegible]. SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

Respectfully submitted,

Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

CC: Christian Everdell, Assistant United States Attorney

Copy by fax to
AUSA Everdell

**BY FAX**

TOTAL P.002

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

Dated: __July 16, 2008__                                Total Number of Pages: __2__

| TO | FAX NUMBER |
|---|---|
| Peggy M. Cross, Esq. | 212-571-0392 |
| Christian Everdell, Esq. | 212-637-2932 |
|  |  |

# TRANSCRIPTION:

Sentencing adjourned to 9/25 at 9:30 AM at parties' request.